**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BULLSEYE AUTOMOTIVE PRODUCTS )<br>INC. Default Entered on 9/22/2014, )<br>BULLSEYE LUBRICANTS INC. Default )<br>Entered on 9/22/2014, )<br>)<br>Defendants. ) | No. 1:13-cv-01112-TWP-DKL |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion to Reconsider Order Denying Plaintiff's Motion to Hold Defendants in Contempt. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Plaintiff's Motion to Reconsider Denial of Plaintiff's Motion to Hold Defendants in Contempt (dkt. 120) is **GRANTED**. Plaintiff's Motion to Hold Defendants in Contempt (dkt. 104) is **GRANTED**, and Bullseye Automotive Products Inc. and Bullseye Lubricants Inc. is found in civil contempt for failing to comply with the Injunction.

Silva is sanctioned for Bullseye's contempt and Silva is ordered to pay API $50,000 to compensate API for Bullseye's noncompliance.

API is awarded and Silva is ordered to pay API's reasonable attorney's fees and expenses incurred in connection with its Motion to Reconsider and API is directed to file an affidavit for attorney's fees and expenses within 30 days of the date of this order.

Finally, Silva is found in civil contempt for failing to obey this Court's April 26, 2016, order and he is sanctioned and ordered to pay API $2,500 for his contempt.

Date: 12/30/2016

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

B. Brett Heavner
FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, L.L.P.
b.brett.heavner@finnegan.com

Peter G. Limperis
LAW OFFICES OF PETER G. LIMPERIS
5624 W. 79th Street
Burbank, IL 60459

James R. A. Dawson
TAFT STETTINIUS & HOLLISTER LLP
jdawson@taftlaw.com

Richard Charles Richmond, III
TAFT STETTINIUS & HOLLISTER LLP
rrichmond@taftlaw.com